**Order entered September 17, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00126-CV**

**WILLIAM J. KANEN, Appellant**

**V.**

**DEWOLFF, BOBERG & ASSOCIATES, INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01228-D**

**ORDER**

Before the Court is appellant's September 9, 2020 unopposed motion for an extension of time to file his brief on the merits. Appellant asks for an extension of fourteen days after the requested and ordered supplemental clerk's record and sealed supplemental clerk's record are filed. These records have now been filed. Accordingly, we **GRANT** appellant's motion and extend the time to **October 1, 2020**.

/s/     ERIN A. NOWELL
        JUSTICE